```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JESSICA DE LA ROSA,                                            :
                                                               :
                              Plaintiff,                       :
                                                               :
                  -against-                                    :
                                                               :
                                                               :
BAGEL BOB'S ON YORK and 1641 YORK                              :
PROPERTY GROUP LLC,                                            :
                              Defendants.                      :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    8/1/2019
```

18-CV-10645 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 24, 2019 (Dkt. 30), this Court received a final report from the Mediator indicating that the parties reached an agreement in principle resolving all issues after court-ordered mediation;

WHEREAS on June 26, 2019 (Dkt. 31), the Court ordered that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on July 25, 2019 unless one or more parties filed a letter before that date requesting that the action not be dismissed;

WHEREAS on July 25, 2019, the parties asked the Court to retain enforcement jurisdiction over a public, joint stipulation and proposed order dismissing the case, *see* Dkt. 34;

WHEREAS on July 25, 2019, the Court (a) rejected the parties' request because their joint stipulation referenced a "separate confidential agreement relating to compensation" and (b) informed the parties that the case would be dismissed with prejudice on August 1, 2019 unless, by July 31, 2019, the parties "either (a) publicly file[d] the entirety of that agreement, including the 'confidential' portion concerning monetary compensation, or (b) file[d] the confidential portion under seal and publicly file a letter setting forth the 'extraordinary

circumstances' that justify retaining enforcement jurisdiction over a partially confidential settlement agreement," Dkt. 35; and

WHEREAS, as of the date of this order, the Court has received no submissions from the parties,

IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

Date:  August 1, 2019
       New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**